IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JEROME DUVALL, et al.,** | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. JFM-94-2541 |
| **PARRIS N. GLENDENING, et al.,** | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' MOTION TO RESTORE THE MEDICAL AND PHYSICAL PLANT PROVISIONS OF THE CONSENT DECREE TO THE ACTIVE DOCKET AND TO SCHEDULE APPROPRIATE FURTHER PROCEEDINGS**

On January 9, 1999 the Court placed this case on the inactive docket. Plaintiffs now request that the Court restore the case to the active docket to the extent necessary for enforcement of §§ III.D, III.F, III.H. III.I, IV. A and IV.B of the 1993 Revised Consolidated Decree, July 9, 1993. Plaintiffs further request that the Court establish an appropriate schedule for discovery and designation of issues for a hearing on compliance and enforcement. The grounds for Plaintiffs' Motion are set forth in the accompanying brief.

Respectfully submitted,

_____
Frank Dunbaugh
744 Holly Drive North
Annapolis, Maryland 21401
410-974-0555
410-757-2921 (fax)

Elizabeth Alexander
National Prison Project of the ACLU
733 15th Street, N.W., Suite 620
Washington, D.C.
202-393-4930
202-393-4931 (fax)

Wendy Hess
Public Justice Center
500 E. Lexington St.
Baltimore, MD 21202
410-625-9409
410-625-9423 (fax)

Deborah Jeon
American Civil Liberties Union Foundation
Meadow Mill at Woodberry
3600 Clipper Mill Road, Suite 350
Baltimore, Maryland 21211
410-889-8555
410-366-7838 (fax)

December 18, 2003