IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEROME DUVALL, *et al.*, | * | |
| Plaintiffs, | | |
| | * | |
| v. | | Civil Action No. JFM-94-2541 |
| | * | |
| MARTIN O'MALLEY, *et al.*, | * | |
| Defendants. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' CONSENT MOTION FOR FINAL APPROVAL OF PARTIAL SETTLEMENT AGREEMENT**

Pursuant to Fed. R. Civ. P. 23(e), Plaintiffs request that the Court give final approval to the parties' Partial Settlement Agreement, filed with the Court on August 18, 2009. The grounds for this motion are set forth in the accompanying brief.

Respectfully submitted,

/s/
Elizabeth Alexander
Law Offices of Elizabeth Alexander
1416 Holly St., NW
Washington, DC 20012
202-291-3774

Dated:

Wendy Hess
Public Justice Center
One North Charles St., Ste. 200
Baltimore, MD 21201
410-645-9409