IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEROME DUVALL, *et al.,* | * | |
| Plaintiffs, | | |
| | * | |
| v. | | Civil Action No. JFM-94-2541 |
| | * | |
| MARTIN O'MALLEY, *et al.,* | * | |
| Defendants. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' CONSENT MOTION FOR FINAL APPROVAL OF PARTIAL SETTLEMENT AGREEMENT**

Pursuant to Fed. R. Civ. P. 23(e), Plaintiffs grant final approval to the proposed Partial Settlement Agreement filed August 18, 2009. The grounds for this motion are set forth in the accompanying brief.

Respectfully submitted,

/s/
Elizabeth Alexander
Law Offices of Elizabeth Alexander
1416 Holly St., NW
Washington, DC 20012
202-291-3774


Wendy Hess
Public Justice Center
One North Charles St., Ste. 200
Baltimore, MD 21201

410-645-9409