IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JEROME DUVALL, *et al.*,     *

    Plaintiffs,     *

v.     *     Civil Action No. JFM-94-2541

MARTIN O'MALLEY, *et al.*,     *

    Defendants.     *

         *

         *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER APPROVING PARTIAL SETTLEMENT AGREEMENT

IT IS HEREBY ORDERED that:

1. Plaintiffs' Consent Motion for Final Approval of Partial Settlement Agreement, filed March 2, 2010, is GRANTED.

2. The Partial Settlement Agreement of the parties filed August 18, 2009 is approved as fair, reasonable, and adequate pursuant to Fed. R. Civ. P. 23(e)(2).

BY THE COURT:

      /s/
Hon. J. Frederick Motz
United States District Judge

Dated: April 6, 2010