IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEROME DUVALL, *et al.*,<br>Plaintiffs, | * * * | |
| v. | * * | Civil Action No. ELH-94-2541 |
| LAWRENCE HOGAN, *et al.*,<br>Defendants. | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER APPROVING SETTLEMENT AGREEMENT AS AMENDED**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Upon consideration of the parties' motions for preliminary and final approval of the Settlement Agreement, and the entire record in this case, *and for the reasons stated in the preceding Memorandum Opinion,*

1. The Court APPROVES the amendment to the Settlement Agreement submitted to the Court on June 27, 2016.

2. Pursuant to Fed. R. Civ. P. 23(e), the Court FINDS that the Settlement Agreement preliminarily approved by the Court on January 5, 2016, as modified by the parties' agreed amendments filed on June 27, 2016, is fair, adequate, reasonable and is in the best interests of the class.

3. The Court further FINDS that the Settlement Agreement as amended satisfies the requirements of the Prison Litigation Reform Act ("PLRA"), 18 U.S.C. § 3626(a)(1)(A), in that it is narrowly drawn, extends no further than necessary to correct the violation of the federal right, and is the least restrictive means necessary to correct the violation of the federal right of Plaintiffs.

4. This finding is based on the evidence in the record and the parties' stipulation set forth

1

in the Settlement Agreement as amended, § IV. 51.

5. The Court administratively closes this case, subject to reopening as provided in the Settlement Agreement or as otherwise authorized by law.

*Ellen R. Hollander* 6/28/16
_____
Hon. Ellen L. Hollander
United States District Judge