IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEROME DUVALL, *et al.* | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. ELH 94-2541 |
| LAWRENCE HOGAN, *et al.* | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

Having read and considered the Defendants' motion seeking a temporary stay of this Court's July 21, 2021, Order (ECF 684,) mandating the weekly COVID-19 testing of all custody staff in close contact with detainees at the Baltimore Central Booking and Intake Center ("BCBIC"), and the Plaintiffs' response thereto, it is this 12th day of January, 2021, hereby ORDERED, that the Defendants' motion is granted, and the BCBIC staff weekly testing requirement is hereby STAYED for a period of forty-five (days) commencing on January 14, 2021.

ELLEN L. HOLLANDER
UNITED STATES DISTRICT JUDGE