IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEROME DUVALL, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. ELH-94-2541 |
| LAWRENCE HOGAN, *et al.*, | * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**STIPULATION AND [PROPOSED] ORDER**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Plaintiffs and Defendants, through their respective counsel, agree and stipulate as follows:

1. The Effective Date of the Settlement Agreement in this case (ECF 541-2) is June 28, 2016. *See id.*, ¶ 6; ECF 577 (order approving Settlement Agreement, dated June 28, 2016).

2. Paragraph 47 of the Settlement Agreement provides in pertinent part:

   > c. Plaintiffs shall be entitled to reasonable fees and costs for monitoring compliance with the substantive provisions of this Settlement Agreement in an amount not to exceed $30,000 per year in the first and fourth years following the Effective Date and $20,000 per year in the second and third years following the Effective Date.

3. The fourth year following the Effective Date of the Settlement Agreement ended on June 28, 2020.

4. On May 17, 2022, the Court extended the expiration date of the Settlement Agreement to June 30, 2024. ECF 764 at 2.

5. In light of the Court's extension of the expiration date of the Settlement Agreement, the parties agree that Plaintiffs shall be entitled to reasonable fees and costs for monitoring compliance with the substantive provisions of this Settlement Agreement in an amount not to exceed $20,000 per year in the fifth, sixth, and seventh years following the Effective Date, and $30,000

per year in the eighth year following the Effective Date.  All other provisions of the Settlement Agreement pertaining to fees and costs shall remain unchanged.

Agreed and stipulated this 24th day of January, 2023.

Respectfully submitted,

| | |
|---|---|
| /s/ Laura Mullally | /s/ David C. Fathi |
| Laura Mullally, Bar No. 28145 | David C. Fathi* |
| Stuart Nathan | ACLU National Prison Project |
| Office of the Attorney General of Maryland | 915 15th St., NW, 7th Floor |
| 6776 Reisterstown Rd., Ste. 311 | Washington, D.C. 20005 |
| Baltimore, MD 21215 | (202) 548-6603 |
| (443) 204-0675 | dfathi@aclu.org |
| laura.mullally@maryland.gov | *Admitted pro hac vice |
| stuart.nathan@maryland.gov | Not admitted in DC; practice limited to the federal courts |
| *Counsel for Defendants* | |
| | Corene T. Kendrick* |
| | ACLU National Prison Project |
| | 39 Drumm St. |
| | San Francisco, CA 94111 |
| | (202) 393-4930 |
| | ckendrick@aclu.org |
| | *Admitted pro hac vice |
| | |
| | Debra Gardner |
| | Public Justice Center |
| | 201 North Charles St., Ste. 1200 |
| | Baltimore, MD 21201 |
| | (410) 625-9409 |
| | gardnerd@publicjustice.org |
| | Federal Bar No. 24239 |
| | |
| | *Counsel for Plaintiffs* |

**IT IS SO ORDERED.**

_____
Hon. Ellen Lipton Hollander
United States District Judge


January \_\_\_\_, 2023.