IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEROME DUVALL, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. ELH-94-2541 |
| LAWRENCE HOGAN, *et al.*, | * | |
| Defendants. | * | |

*******************************************************************************
**STIPULATION AND [PROPOSED] ORDER**  *ELH*
*******************************************************************************

Plaintiffs and Defendants, through their respective counsel, agree and stipulate as follows:

1. The Effective Date of the Settlement Agreement in this case (ECF 541-2) is June 28, 2016. *See id.*, ¶ 6; ECF 577 (order approving Settlement Agreement, dated June 28, 2016).

2. Paragraph 47 of the Settlement Agreement provides in pertinent part:

   > c. Plaintiffs shall be entitled to reasonable fees and costs for monitoring compliance with the substantive provisions of this Settlement Agreement in an amount not to exceed $30,000 per year in the first and fourth years following the Effective Date and $20,000 per year in the second and third years following the Effective Date.

3. The fourth year following the Effective Date of the Settlement Agreement ended on June 28, 2020.

4. On May 17, 2022, the Court extended the expiration date of the Settlement Agreement to June 30, 2024. ECF 764 at 2.

5. In light of the Court's extension of the expiration date of the Settlement Agreement, the parties agree that Plaintiffs shall be entitled to reasonable fees and costs for monitoring compliance with the substantive provisions of this Settlement Agreement in an amount not to exceed $20,000 per year in the fifth, sixth, and seventh years following the Effective Date, and $30,000

1

per year in the eighth year following the Effective Date. All other provisions of the Settlement Agreement pertaining to fees and costs shall remain unchanged.

Agreed and stipulated this 24th day of January, 2023.

Respectfully submitted,

*/s/ Laura Mullally*
Laura Mullally, Bar No. 28145
Stuart Nathan
Office of the Attorney General of Maryland
6776 Reisterstown Rd., Ste. 311
Baltimore, MD 21215
(443) 204-0675
laura.mullally@maryland.gov
stuart.nathan@maryland.gov

*Counsel for Defendants*

*/s/ David C. Fathi*
David C. Fathi*
ACLU National Prison Project
915 15th St., NW, 7th Floor
Washington, D.C. 20005
(202) 548-6603
dfathi@aclu.org
*Admitted pro hac vice
*Not admitted in DC; practice limited to the federal courts*

Corene T. Kendrick*
ACLU National Prison Project
39 Drumm St.
San Francisco, CA 94111
(202) 393-4930
ckendrick@aclu.org
*Admitted pro hac vice

Debra Gardner
Public Justice Center
201 North Charles St., Ste. 1200
Baltimore, MD 21201
(410) 625-9409
gardnerd@publicjustice.org
Federal Bar No. 24239

*Counsel for Plaintiffs*

IT IS SO ORDERED.

_____
Hon. Ellen Lipton Hollander
United States District Judge

January 24, 2023.