IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEROME DUVALL, *et al.*, | * | |
|    Plaintiffs, | * | |
| v. | * | Civil Action No. ELH-94-2541 |
| WES MOORE, *et al.*, | * | |
|    Defendants. | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## [PROPOSED] ORDER REGARDING QUARTERLY STATUS REPORTS

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

The Court held a telephonic status conference in this matter on May 30, 2023. ECF 786. In the course of that status conference, defense counsel stated that Defendants are unlikely to comply with the June 30, 2024 compliance deadline ordered by the Court (ECF 764). *See* 5/30/23 Transcript at 6:13-15 ("I'm fairly certain that the state will not be in compliance a year from now"). Defense counsel further stated that they are unable to estimate when Defendants will achieve compliance:

> THE COURT: So is there an estimate from the state on when you will be in compliance?
>
> MS. MULLALLY: Go ahead, Mr. Nathan.
>
> MR. NATHAN: Go ahead, Ms. Mullally.
>
> MS. MULLALLY: Your Honor, I don't think that we pinpointed the date. It would be a date certainly after June 30, 2024.

*Id*. at 9:9-15.

Accordingly, pursuant to the Court's plenary power to enforce the Settlement Agreement, ECF 541-2, Paragraph 52, **IT IS ORDERED**:

1.      No later than ten days from the date of this Order, Defendants shall file a timetable setting forth the month and year in which they will achieve substantial compliance (pursuant to the definitions set forth in Paragraphs 34-42 of the Settlement Agreement) with each of the following Paragraphs of the Settlement Agreement:  17, 18, 19, 20, 21, 22, 24, and 25.  This timetable shall be personally signed by the Secretary of the Maryland Department of Public Safety and Correctional Services (DPSCS).

2.      No later than July 15, 2023, and every three months thereafter (*i.e.*, October 15, 2023; January 15, 2024, April 15, 2024, and so on), Defendants shall file a status report setting forth the following information for the three-month quarterly period preceding the filing of the status report:[1]

   a.   Any change in the anticipated month and year of compliance for any Paragraph of the Settlement Agreement set forth in the timetable required by Paragraph 1 of this Order.

   b.   The names and job titles of all DPSCS employees whose primary responsibilities include promoting Defendants' compliance with the Settlement Agreement, and any change in employment status (*e.g.*, hiring, departure, retirement, extended leave) of the person(s) filling each of these positions.

   c.   The total amount of money appropriated, encumbered, or spent in the three-month period to promote Defendants' compliance with the

---

[1] The July 15 report shall cover the period April 1 – June 30; the October 15 report shall cover the period July 1 – September 30; and so forth.

    Settlement Agreement, broken down by category (*e.g.*, $2,000,000 appropriated for electronic medical record upgrade; $500,000 spent on physical plant improvements; etc.).

  d. What Defendants believe to be the most significant obstacle(s) to achieving compliance with each of the following Paragraphs of the Settlement Agreement: 17, 18, 19, 20, 21, 22, 24, and 25.

  e. Defendants' progress in assigning an on-site staff person at BCBIC to supervise their compliance efforts. *See* 5/30/23 Transcript at 34:18-35:19; 40:8-23.

This status report shall be personally signed by the Secretary of the Maryland Department of Public Safety and Correctional Services.

**IT IS SO ORDERED**.

June ____, 2023.       _____
                Hon. Ellen Lipton Hollander
                United States District Judge