IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
MARYLAND

| | | |
|---|---|---|
| JEROME DUVALL, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. ELH-94-2541 |
| WES MOORE, *et al.*, | * | |
| Defendants. | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**ORDER REQUIRING QUARTERLY STATUS REPORTS**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

The Court held a telephonic status conference in this matter on May 30, 2023. ECF 786. In the course of that status conference, defense counsel stated that Defendants are unlikely to comply with the Order of May 17, 2022 (ECF 764), setting a compliance deadline of June 30, 2024. *See* ECF 787, Tr. of 5/30/23 at 6:13-15 (Ms. Mullally stating: "I'm fairly certain that the state will not be in compliance a year from now").

Defense counsel was unable to estimate when Defendants will achieve compliance. The following colloquy occurred on May 30, 2023, *id.* at 9:9-15:

> THE COURT: So is there an estimate from the state on when you will be in compliance?
>
> MS. MULLALLY: Go ahead, Mr. Nathan.
>
> MR. NATHAN: Go ahead, Ms. Mullally.
>
> MS. MULLALLY: Your Honor, I don't think that we pinpointed the date. It would be a date certainly after June 30, 2024.

Thereafter, the Court directed counsel to submit a proposed order, joint if

possible, to effectuate the Court's decision to require defendants to submit quarterly compliance and progress reports. ECF 786. The defendants' proposed order is at ECF 790. The plaintiffs' proposed order is at ECF 791.

Accordingly, pursuant to the Court's plenary power to enforce the Settlement Agreement docketed on December 23, 2015, ECF 541-2, and under the authority of ¶ 52 thereof, **IT IS HEREBY ORDERED**:

1.  By August 1, 2023, Defendants shall file a timetable setting forth the month and year in which they will achieve substantial compliance (pursuant to the definitions set forth in Paragraphs 34-42 of the Settlement Agreement) with each of the following Paragraphs of the Settlement Agreement (ECF 541-2): 17, 18, 19, 20, 21, 22, 24, and 25.

2.  The timetable referenced in ¶ 1 above shall be personally signed either by the Secretary of the Maryland Department of Public Safety and Correctional Services ("DPSCS") or the Deputy Secretary of DPSCS.

3.  Beginning October 30, 2023, and continuing every three months thereafter, *i.e.*, on a quarterly basis — January 30, 2024, April 30, 2024, and so on — Defendants shall file a quarterly status report setting forth the following information for the three-month quarterly period preceding the filing of the status report and ending one month prior to the due date of the status report:[1]

    a) Any change in the anticipated month and year of compliance for any

---

[1] The report of October 30, 2023, shall only cover the period August 1, 2023 to September 30, 2023.

paragraph of the Settlement Agreement set forth in the timetable required by Paragraph 1 of this Order.

b) What Defendants believe to be the most significant obstacle(s) to achieving compliance with each of the following Paragraphs of the Settlement Agreement: 17, 18, 19, 20, 21, 22, 24, and 25.

c) Defendants' progress in assigning an on-site staff person at BCBIC to supervise their compliance efforts. *See* ECF 787, Tr. of 5/30/23 at 34:18- 35:19; 40:8-23.

4. Every six months, beginning January 30, 2024, Defendants shall include the following additional information in the quarterly status report:

a) The names and job titles of all DPSCS employees whose primary responsibilities include promoting Defendants' compliance with the Settlement Agreement, and any change in employment status (*e.g.*, hiring, departure, retirement, extended leave) of the person(s) filling each of these positions.

b) The total amount of money appropriated and/or spent in the prior six-month period to promote Defendants' compliance with the Settlement Agreement, broken down by category (*e.g.*, electronic medical record upgrade; physical plant improvements; etc.).

c) The period addressed in the expanded quarterly status report shall cover the preceding six month period ending one month prior to the

due date of the status report.

5. Every quarterly status report shall be personally signed either by the Secretary of DPSCS or the Deputy Secretary of DPSCS.

**IT IS SO ORDERED**.

June 23, 2023.  /s/
  Hon. Ellen Lipton Hollander
  United States District Judge