**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

Chambers of                                                                          101 West Lombard Street
**Ellen Lipton Hollander**                                                    Baltimore, Maryland 21201
District Court Judge                                                                  410-962-0742

October 23, 2023

MEMORANDUM TO COUNSEL

      Re:    *Duvall, et al. v. Moore, et al.*
              Civil Action No. ELH-94-2541

Dear Counsel:

As you know, by Order entered June 23, 2023 (ECF 792), I directed defendants to file by August 1, 2023, a timetable setting forth the month and year by which they will achieve substantial compliance with paragraphs 17, 18, 19, 20, 21, 22, 24, and 25 of the Settlement Agreement. *Id.* ¶ 1; *see* ECF 541-2 (Settlement Agreement); ECF 574 (First Amendment to Settlement Agreement). In my Order of June 23, 2023, I stated, in part: "The timetable . . . shall be personally signed either by the Secretary of the Maryland Department of Public Safety and Correctional Services ("DPSCS") or the Deputy Secretary of DPSCS." *Id.* ¶ 2.

On August 1, 2023, defendants submitted a timeline (ECF 797-1) accompanied by a "Notice of Filing of Timeline" signed by Annie D. Harvey, the Deputy Secretary for Operations of DPSCS. ECF 797 (the "Notice). By Motion filed August 11, 2023, plaintiffs requested a status conference to discuss alleged inadequacies in the timeline. ECF 798. Defendants responded, ECF 810, and plaintiffs replied. ECF 811. By Order entered September 19, 2023, I scheduled an in-court hearing for October 26, 2023. ECF 812.

This Memorandum serves to confirm the Court's understanding that either the Secretary or the Deputy Secretary of the DPSCS will be present during the hearing on October 26, 2023. Therefore, I ask counsel for defendants to notify the Court by the close of business on October 24, 2023, if they believe the Court's understanding is incorrect.

Despite the informal nature of this Memorandum, it is an Order of the Court and the Clerk is directed to docket it as such.

Very truly yours,

      /s/

Ellen Lipton Hollander
United States District Judge