IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEROME DUVALL, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Case No. 94-cv-02541-MJM |
| WES MOORE, *et al.*, | * | |
| Defendants. | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**PLAINTIFFS' STATUS REPORT (ECF 867)**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

On April 10, 2024, the Court ordered that "[t]he parties shall file either a status report, jointly if possible, or a joint motion to extend expiration of the settlement agreement no later than April 26, 2024." ECF 867. On April 11, Plaintiffs sent Defendants a proposed Stipulation and Order to extend the expiration of the Settlement Agreement.

On April 26, Defendants filed a motion for extension of time to comply with ECF 867, stating that "[t]he draft [provided by Plaintiffs] is under review by the Attorney General or his designee. It is anticipated that the review will not be complete by April 26, 2024, but should be complete shortly thereafter." ECF 871 at 1. The Court granted Defendants' motion, granting an extension to May 3, 2024. ECF 872.

On May 3 at 12:19 p.m. ET, Defendants provided their first substantive response to Plaintiffs' April 11 proposed Stipulation. Defendants' response included numerous and significant changes to Plaintiffs' April 11 draft. The parties held a telephone conference but were unable to resolve the significant differences between their respective positions.

Plaintiffs remain open to a negotiated resolution, but given the distance between the parties' positions, and the imminent expiration of the Settlement Agreement in less than two months (*see* ECF 764), Plaintiffs will file a motion to extend the expiration date of the Settlement Agreement, similar to the motion previously granted by Judge Hollander. *See* ECF 723, 724.

Dated: May 3, 2024                                              Respectfully submitted,

*/s/ David C. Fathi*
David C. Fathi (Wash. 24893)*
Jennifer Wedekind (D.C. 1012362)**
ACLU National Prison Project
915 15th St. NW, 7th Floor
Washington, DC 20005
(202) 548-6603
dfathi@aclu.org
jwedekind@aclu.org

Corene T. Kendrick (Cal. 226642)**
ACLU National Prison Project
425 California St., Ste. 700
San Francisco, CA 94104
(202) 393-4930
ckendrick@aclu.org

Debra Gardner, No. 24239
Public Justice Center
201 North Charles St., Ste. 1200
Baltimore, MD 21201
(410) 625-9409
gardnerd@publicjustice.org

Toyja E. Kelley, Sr., No. 26949
Locke Lord LLP
701 8th Street, N.W., Ste. 500
Washington, DC 20001
(202) 220-6939
toyja.kelley@lockelord.com

                    Noah Mason (Tenn. 034341)**
                    Locke Lord LLP
                    Terminus 200, Ste. 2000
                    3333 Piedmont Rd. NE
                    Atlanta, GA 30305
                    (404) 870-4648
                    noah.mason@lockelord.com

                    Aditi Deal (Tex. 24119780)**
                    Locke Lord LLP
                    600 Travis Street, Ste. 2800
                    Houston, TX 77002
                    (713) 226-1435
                    aditi.deal@lockelord.com

                    *Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
                    **Admitted *pro hac vice*

                    *Counsel for Plaintiffs*