# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JEROME DUVALL, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 94-CV-02541-MJM |
| LAWRENCE HOGAN, JR., *et al.*, | ) |
| Defendants. | ) |

## CONSENT MOTION TO EXTEND DEADLINE TO SUBMIT
## SEMI-ANNUAL COMPLIANCE REPORT

Defendants Wes Moore, Governor of the State of Maryland; Carolyn J. Scruggs, Secretary of the Department of Public Safety and Correctional Services; and Cleveland C. Friday, Commissioner, Division of Pretrial Detention and Services (collectively, the "State") hereby respectfully advise the Court that the parties have agreed, by consent of Plaintiffs' counsel, to extend the deadline for submitting the Semi-Annual Compliance Report from the current date of August 31, 2024, to the new date of September 9, 2024.

WHEREFORE, the Parties respectfully request that the Court enter an Order confirming the agreed extension of the State's deadline to submit its semi-annual report through September 9, 2024.

Dated: August 23, 2024

Respectfully submitted,

ANTHONY G. BROWN
Attorney General of Maryland

/s/*Laura Mullally*
LAURA MULLALLY
Assistant Attorney General
Federal Bar No. 28145

1

St. Paul Plaza - 19th Floor
200 St. Paul Place
Baltimore, Maryland 21202
(443) 204-0675 (Telephone)
(410) 576-6880 (Telefax)
E-mail: laura.mullally@maryland.gov

William R. Lunsford (pro hac vice)
Matthew B. Reeves (pro hac vice)
BUTLER SNOW LLP
200 West Side Square, Suite 100,
Huntsville, AL 35801
P.O. Box 18848, Huntsville, AL 35804
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
Email: Bill.Lunsford@butlersnow.com

Connell Archey (pro hac vice)
Allena McCain (pro hac vice)
BUTLER SNOW LLP
445 North Boulevard, Suite 300 (70802)
P.O. Box 2997
Baton Rouge, LA  70821-2997
Telephone: (225) 325-8700
Facsimile: (225) 325-8800
Email:Connell.Archey@butlersnow.com
Email: Allena.McCain@butlersnow.com

*Attorneys for the State*

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JEROME DUVALL**, *et al.*, | ) |
| Plaintiffs, | ) ) |
| v. | ) ) **Civil Action No. 94-CV-02541-MJM** |
| **LAWRENCE HOGAN, JR.**, *et al.*, | ) ) |
| Defendants. | ) |

## **ORDER**

CONSIDERING the State's Consent Motion to Extend Deadline to Submit Semi-Annual Compliance Report, and the Plaintiffs' consent confirmed therein,

IT IS ORDERED that the State's deadline to submit its semi-annual compliance reports to the Monitor(s) and to Plaintiff's counsel be and hereby is extended through September 9, 2024.

THUS DONE AND SIGNED this _____ day of _____, 2024.

_____
HONORABLE JUDGE

3