IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JEROME DUVALL, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LAWRENCE HOGAN, JR., *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 94-CV-02541-MJM |

## ORDER

CONSIDERING the State's Consent Motion to Extend Deadline to Submit Semi-Annual Compliance Report, and the Plaintiffs' consent confirmed therein,

IT IS ORDERED that the State's deadline to submit its semi-annual compliance reports to the Monitor(s) and to Plaintiff's counsel be and hereby is extended through September 9, 2024.

THUS DONE AND SIGNED this __29th__ day of __August__, 2024.

/S/
_____
MATTHEW J. MADDOX
HONORABLE JUDGE