IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEROME DUVALL, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Case No. 94-cv-02541-MJM |
| WES MOORE, *et al.*, | * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFFS' NOMINATIONS FOR COURT-APPOINTED
MEDICAL MONITOR**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pursuant to the Court's order of November 4, 2024 (ECF 928), Plaintiffs nominate the following board-certified physicians as candidates for Court-Appointed Medical Monitor.  Pursuant to Paragraph 33 of the Settlement Agreement, Plaintiffs have previously submitted the names and resumes of these three physicians to Defendants for their consideration as candidates for Medical Monitor.

**Muthusamy Anandkumar, M.D., M.B.A., CHCQM, CCHP**

Dr. Anandkumar is a physician, board-certified in Family Medicine; he also holds an M.B.A.  Dr. Anandkumar's resume is attached as **Exhibit 1** to the Declaration of David C. Fathi (hereinafter "Fathi Dec."), filed herewith.

Dr. Anandkumar has worked as a Staff Physician, Associate Medical Director for Performance Improvement, and Medical Director for Performance Improvement at Dallas County Correctional Health, part of the Parkland Health and Hospital System in Dallas, Texas.  Fathi Dec. Exh. 1 at 1-2.  Dallas County Correctional Health provides health care

services to persons incarcerated in the Dallas County Jail.  Dr. Anandkumar has also served as a consultant on medical care and quality of care to the United States Department of Justice and the United States Department of Homeland Security.  *Id*. at 3.

Dr. Anandkumar has served as an independent monitor in a number of federal court lawsuits involving medical care for incarcerated people.  *Id*. at 1.  For example, he currently serves as the Medical Monitor in *McClendon v. City of Albuquerque*, No. 6:95-cv-00024-JB-KBM (D.N.M.), a class action involving medical care at the Metropolitan Detention Center in Albuquerque, New Mexico.  In that capacity he collaborates with Dr. Jeffrey Metzner, who is the mental health monitor in that case.  Dr. Anandkumar's most recent monitor report in *McClendon*, filed June 18, 2024 at ECF 1716, is attached as Fathi Dec. **Exhibit 2**.

Dr. Anandkumar also serves as the Medical Monitor in *United States v. Territory of the United States Virgin Islands*, No. 1:86- cv-00265-WAL-GAT (D.V.I.), a case brought by the United States Department of Justice regarding conditions at the Golden Grove Adult Correctional Facility in St. Croix, U.S. Virgin Islands.  The monitors in this case jointly submit a single report; the most recent monitor report, filed November 7, 2024 at ECF 1347-1, is attached as Fathi Dec. **Exhibit 3**.  The portion of the report pertaining to medical and mental health care begins at p. 88.

**Lisa Anderson (formerly known as Lisa Longano), M.D., Ph.D., CHCQM**

Dr. Anderson is a physician, board-certified in Internal Medicine; she also holds a Ph.D. in chemistry.  Dr. Anderson's resume is attached as Fathi Dec. **Exhibit 4**.

Dr. Anderson has worked for the Washington State Department of Corrections for 16 years, holding the positions of Physician/Internist, Facility Medical Director, and Chief Quality Officer for the Health Services Division of the Department of Corrections. Fathi Dec. Exh. 4 at 1. In the latter position, she chaired multiple quality improvement committees, while leading department-wide and statewide quality improvement initiatives and spearheading patient safety and mortality case reviews. *Id.*

Dr. Anderson has served as a medical expert for the California Department of Justice, reviewing the quality of medical care provided to persons held in detention facilities operated by United States Immigration and Customs Enforcement (ICE). *Id*. at 2. Two reports to which Dr. Anderson's medical reviews contributed are attached as Fathi Dec. **Exhibits 5 and 6**.[1]

**Todd Wilcox, M.D., M.B.A., F.A.C.C.P.**

Dr. Wilcox is a physician, board-certified in Urgent Care; he also holds an M.B.A. Dr. Wilcox's resume is attached as Fathi Dec. **Exhibit 7**.

Dr. Wilcox currently serves as Medical Director of the Salt Lake County Jail System in Salt Lake City, Utah. He has also served as Medical Director of the Maricopa County Jail System in Phoenix, Arizona, and an Attending Physician in the Utah Department of Corrections. Fathi Dec. Exh. 7 at 1. He has served as President of the

---

[1] Dr. Anderson is currently confirming with her employer that she would be able to accept this role if appointed. She expects to receive a response in the coming days, and Plaintiffs will notify the Court when that response is received.

3

American College of Correctional Physicians, and as an Adjunct Instructor of Medicine at the University of Utah School of Medicine. *Id*. at 2-3.

Dr. Wilcox has served as a consultant on medical care in a number of prison and jail facilities, and has consulted with both plaintiffs and defendants in litigation involving correctional medical care. *Id*. at 3. He has served as the Court-appointed Rule 706 expert on medical care in *Turner v. County of San Bernardino*, No. 5:16-cv-00355-VAP-DTB (C.D. Cal.), a class action involving conditions in the San Bernardino (California) County Jails. The order appointing Dr. Wilcox, filed December 12, 2018 at ECF 105, is attached as Fathi Dec. **Exhibit 8**. *See id*. at 12. Dr. Wilcox's reports in this case are confidential and not publicly available.[2]

Dated:  November 18, 2024                          Respectfully submitted,

*/s/ David C. Fathi*
David C. Fathi (Wash. 24893)*
Jennifer Wedekind (D.C. 1012362)**
ACLU National Prison Project
915 15th St. N.W., 7th Fl.
Washington, DC 20005
(202) 548-6603
dfathi@aclu.org
jwedekind@aclu.org

Corene T. Kendrick (Cal. 226642)**
ACLU National Prison Project
425 California St., Ste. 700
San Francisco, CA 94104
(202) 393-4930
ckendrick@aclu.org

---

[2] On November 20, 2020, Plaintiffs filed in this case a declaration by Dr. Wilcox analyzing twelve deaths that had occurred in BCBIC between March 2018 and September 2020. *See* ECF 703-1 at 2.

4

Debra Gardner, No. 24239
Public Justice Center
201 North Charles St., Ste. 1200
Baltimore, MD 21201
(410) 625-9409
gardnerd@publicjustice.org

Toyja E. Kelley, Sr., No. 26949
Locke Lord LLP
701 8th St. N.W., Ste. 500
Washington, DC 20001
(202) 220-6939
toyja.kelley@lockelord.com

Noah J. Mason (Tenn. 034341)**
Locke Lord LLP
Terminus 200, Ste. 2000
3333 Piedmont Rd. NE
Atlanta, GA 30305
(404) 870-4648
noah.mason@lockelord.com

Ernst Pirre-Louis**
Locke Lord LLP
777 South Flagler Dr., Ste. 215-E
West Palm Beach, FL 33401
(561) 833-7700
ernst.pirre-louis@lockelord.com

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

*Counsel for Plaintiffs*

5