**Index of Exhibits to the Declaration of David C. Fathi**

| Exhibit | Description |
|---------|-------------|
| 1 | Resume of Muthusamy Anandkumar, M.D., M.B.A., CHCQM, CCHP |
| 2 | Dr. Anandkumar's most recent monitor report in *McClendon v. City of Albuquerque*, No. 6:95-cv-00024-JB-KBM (D.N.M.), filed June 18, 2024 |
| 3 | Jointly submitted expert report, including Dr. Anandkumar's medical monitoring report, in *United States v. Territory of the United States Virgin Islands*, No. 1:86- cv-00265-WAL-GAT (D.V.I.), filed November 7, 2024 |
| 4 | Resume of Lisa Anderson, M.D., Ph.D., CHCQM |
| 5 | California Attorney General's 2021 immigration detention report to which Dr. Anderson's medical reviews contributed |
| 6 | California Attorney General's 2022 immigration detention report to which Dr. Anderson's medical reviews contributed |
| 7 | Resume of Todd Wilcox, M.D., M.B.A., F.A.C.C.P. |
| 8 | Order appointing Dr. Wilcox as Rule 706 expert on medical care in *Turner v. County of San Bernardino*, No. 5:16-cv-00355-VAP-DTB (C.D. Cal.), filed December 12, 2018 |