IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEROME DUVALL, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Case No. 94-cv-02541-MJM |
| WES MOORE, *et al.*, | * | |
| Defendants. | * | |

\***************************************************************************

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF NOMINATION
OF LISA ANDERSON, M.D., PH.D., CHCQM, AS CANDIDATE FOR
COURT-APPOINTED MEDICAL MONITOR**

\***************************************************************************

On November 18, 2024, Plaintiffs nominated Lisa Anderson, M.D., Ph.D., CHCQM, as a candidate for Court-appointed Medical Monitor. ECF 931 at 2-3. At that time, Plaintiffs advised the Court that Dr. Anderson had not yet received final approval from her employer to accept the Monitor position were it to be offered. *Id*. at 3 n. 1.

On December 1, 2024, Dr. Anderson notified the undersigned counsel that she wishes to withdraw her name from consideration. Accordingly, Plaintiffs WITHDRAW their nomination of Dr. Anderson to serve as Court-appointed Medical Monitor, leaving Muthusamy Anandkumar, M.D., M.B.A., CHCQM, CCHP, and Todd Wilcox, M.D., M.B.A., F.A.C.C.P., as Plaintiffs' nominees. *See* ECF 931.

Dated: December 2, 2024

Respectfully submitted,

*/s/ David C. Fathi*
David C. Fathi (Wash. 24893)\*
Jennifer Wedekind (D.C. 1012362)\*\*
ACLU National Prison Project
915 15th St. N.W., 7th Fl.
Washington, DC 20005
(202) 548-6603

dfathi@aclu.org
jwedekind@aclu.org

Corene T. Kendrick (Cal. 226642)**
ACLU National Prison Project
425 California St., Ste. 700
San Francisco, CA 94104
(202) 393-4930
ckendrick@aclu.org

Debra Gardner, No. 24239
Public Justice Center
201 North Charles St., Ste. 1200
Baltimore, MD 21201
(410) 625-9409
gardnerd@publicjustice.org

Toyja E. Kelley, Sr., No. 26949
Locke Lord LLP
701 8th St. N.W., Ste. 500
Washington, DC 20001
(202) 220-6939
toyja.kelley@lockelord.com

Noah J. Mason (Tenn. 034341)**
Locke Lord LLP
Terminus 200, Ste. 2000
3333 Piedmont Rd. NE
Atlanta, GA 30305
(404) 870-4648
noah.mason@lockelord.com

Ernst Pirre-Louis**
Locke Lord LLP
777 South Flagler Dr., Ste. 215-E
West Palm Beach, FL 33401
(561) 833-7700
ernst.pirre-louis@lockelord.com

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

*Counsel for Plaintiffs*