**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JEROME DUVALL, *et al*., | * | |
| Plaintiffs, | * | |
| v. | * | Case No. 94-cv-02541-MJM |
| WES MOORE, *et al*., | * | |
| Defendants. | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**DECLARATION OF DAVID C. FATHI**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

I, DAVID C. FATHI, DECLARE:

1. I am an attorney admitted to this Court *pro hac vice* and am co-counsel for the Plaintiff class herein.

2. On February 15, 2024, Defendants proposed Dr. Carl Keldie and Dr. David Mathis as candidates for Court-appointed Medical Monitor, pursuant to ¶ 33 of the Settlement Agreement (ECF 541-2 at 13-14).

3. On February 21, 2024, I emailed Dr. Mathis to schedule a call to discuss the Monitor position. In my email, I also requested that he provide "a list of prison and jail cases in which you have served as an expert or monitor." Dr. Mathis responded by email later that day, stating "I have never worked as a monitor." A true and correct copy of this email exchange is attached hereto as **Exhibit 1**.

4. On February 28, 2024, I had a telephone conversation with Dr. Keldie to discuss the Monitor position. During that conversation, Dr. Keldie stated that he has never served as a monitor, and that he is not board certified.

5.  Attached hereto as **Exhibit 2** is a true and correct copy of the defense expert report of Dr. Randall Stoltz in *Garoufalis v. County of Wayne*, Case No.: 4:21-cv-10170 (E.D. Mich.), filed April 30, 2024 at ECF 114-3.

6.  Attached hereto as **Exhibit 3** is a true and correct copy of the defense expert report of Dr. Randall Stoltz in *Lashuay v. Vanbergen,* Case No.: 1:17-cv-13581 (E.D. Mich.), filed May 1, 2019 at ECF 92-8.

7.  Attached hereto as **Exhibit 4** is a true and correct copy of the defense expert report of Dr. Randall Stoltz in *Green v. Durocher*, Case No.: 2:15-CV-10295 (E.D. Mich.), filed December 18, 2015 at ECF 33-17.

8.  Attached hereto as **Exhibit 5** is a true and correct copy of the defense expert report of Dr. Randall Stoltz in *Vinson v. Michigan Department of Corrections*, Case No.: 2:14-CV-11130 (E.D. Mich.), filed August 31, 2017 at ECF 183-5.

9.  Attached hereto as **Exhibit 6** is a true and correct copy of the defense expert report of Dr. Randall Stoltz in *Emery v. Burtch*, No. 2:15-cv-11113, 2018 WL 558794 (E.D. Mich. Jan. 25, 2018), filed March 13, 2017 at ECF 61-3.

10.  Attached hereto as **Exhibit 7** is a true and correct copy of the defense expert report of Dr. Randall Stoltz in *Olmetti v. Kent Cnty.*, No. 1:20-CV-395, 2022 WL 4011034 (W.D. Mich. Sept. 3, 2022), filed March 21, 2022 at ECF 71-2.

I declare under penalty of perjury that the foregoing is true and correct.


Dated:  December 2, 2024                    */s/ David C. Fathi*
                                            David C. Fathi