IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEROME DUVALL, *et al.* | * | |
| Plaintiffs, | * | |
| v. | * | Civil No. ELH-94-2541 |
| WES MOORE, *et al.* | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### THE STATE'S NOTICE OF DISAGREEMENT AND MOTION TO CHALLENGE THE MENTAL HEALTH MONITOR'S FINDINGS

Wes Moore, Governor of the State of Maryland, Carolyn J. Scruggs, Secretary of the Department of Public Safety and Correctional Services, and Cleveland C. Friday, Commissioner, Division of Pretrial Detention and Services (collectively referred to as the "State") gives notice of disagreement with the mental health monitors findings as to Section 25f-iii and moves pursuant to Section 41e of the Settlement Agreement to challenge the findings of the mental health monitor as to the same. (See Doc. No. 541-2). The State contends that it has achieved and maintained substantial compliance with paragraph 25f-iii since September of 2022 and preserves its challenge as to Section 17c. Thus, Sections 25f-iii and 17c of the Settlement Agreement should no longer be subject to monitoring.

WHEREFORE, the State prays that the Court find that the State has achieved and maintained substantial compliance with Sections 25f-iii and 17c of the Settlement Agreement such that the same is no longer subject to monitoring.

Dated: December 20, 2024.

Respectfully submitted,

*/s/ Laura Mullally*

*One of the Attorneys for the Defendants*

William R. Lunsford*
Matthew B. Reeves*
**BUTLER SNOW LLP,**
200 West Side Square
Suite 100
Huntsville, Alabama 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com
matt.reeves@butlersnow.com

Connell L. Archey *
**BUTLER SNOW LLP**
445 North Boulevard, Ste. 300
Baton Rouge, LA 70802
Telephone: (225) 325-8700
Facsimile: (225) 325-8800
connell.archey@butlersnow.com
allena.mccain@butlersnow.com

Margarita Arellano *
**BUTLER SNOW LLP**
250 Commerce Street, Ste. 1000
Montgomery, AL 36104
Telephone: (334) 832-2891
Facsimile: (225) 832-2901
maggie.arellano@butlersnow.com

Laura Mullally
**MARYLAND OFFICE OF**
**THE ATTORNEY GENERAL**
Federal Bar No. 28145
St. Paul Plaza - 19th Floor
200 St. Paul Place
Baltimore, Maryland 21202
Telephone: (410) 576-6430
Facsimile: (410) 576-6880
laura.mullally@maryland.gov

Merrilyn E. Ratliff
Federal Bar No. 30034
**ASSISTANT ATTORNEY GENERAL**
**DEPARTMENT OF PUBLIC SAFETY AND**
**CORRECTIONAL SERVICES**
6776 Reisterstown Road, Suite 313
Baltimore, Maryland 21215
Telephone: (410) 585-3947
Facsimile: (410) 484-5939
merrilyn.ratliff@maryland.gov

*Attorneys for the Defendants*

*\*Admitted pro hac vice*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, by the Court's CM/ECF system and/or U.S. Mail on this 20th day of December, 2024:

Corene T. Kendrick *(pro hac vice)*
**ACLU NATIONAL PRISON PROJECT**
425 California St., Ste. 700
San Francisco, CA 94104
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
ckendrick@aclu.org

David C. Fathi *(pro hac vice)*
Jennifer Wedekind *(pro hac vice)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street NW, 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Facsimile: (202) 393-4931
dfathi@aclu.org
jwedekind@aclu.org

Debra L. Gardner
**PUBLIC JUSTICE CENTER**
201 N Charles St Ste 1200
Baltimore, MD 21201
Telephone: (410) 625-9409
Facsimile: (410) 625-9423
gardnerd@publicjustice.org

Toyja E. Kelley
**LOCKE LORD LLP**
701 8th Street N.W. Ste. 500
Washington, DC 20001
Telephone: (202) 220-6939
toyja.kelley@lockelord.com

Noah J. Mason *(pro hac vice)*
**LOCKE LORD LLP**
Terminus 200, Ste. 2000,
3333 Piedmont Rd. NE
Atlanta, GA 30305
Telephone: (404) 870-4648
noah.mason@lockelord.com

Ernst Pirre-Louis (*pro hac vice*)
**LOCKE LORD LLP**
777 South Flagler Dr. Ste. 215-E
West Palm Beach, FL 33401
Telephone: (561) 833-7700
ernst.pirre-louis@lockelord.com

Elizabeth R. Alexander *(pro hac vice)*
**LAW OFFICES OF ELIZABETH ALEXANDER**
1416 Holly St NW
Washington, DC 20012
Telephone: (202) 291-6352
ealexander@lawofficesofelizabethalexander.com

*Attorneys for Plaintiffs*

 */s/ Laura Mullally*
　Of Counsel