**APPROVED 5/29/25**
**/S/ Matthew J. Maddox**
**United States District Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JEROME DUVALL**, *et al.*, | ) |
| **Plaintiffs,** | ) ) ) |
| v. | ) Civil Action No. 94-CV-02541-MJM ) |
| **WES MOORE**, *et al.*, | ) ) |
| **Defendants.** | |

## MOTION TO WITHDRAW

Attorney Matthew B. Reeves hereby files this Motion to Withdraw as counsel of record for Defendants Wes Moore, Governor of the State of Maryland; Carolyn J. Scruggs, Secretary of the Maryland Department of Public Safety and Correctional Services; and Kimberly Bey, Commissioner of the Maryland Department of Public Safety and Correctional Services Division of Pretrial Detention and Services ("Commissioner Bey," and, collectively with Gov. Moore and Secretary Scruggs, the "State") in the above-styled action. The State will continue to be represented in this action by the remaining counsel of record.

Dated: May 29, 2025.

/s/ Matthew B. Reeves
Matthew B. Reeves
*One of the Attorneys for the State*

William R. Lunsford*
Matthew B. Reeves*
Andrew T. Toler*
**BUTLER SNOW LLP**
200 West Side Square
Suite 100
Huntsville, Alabama 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com
matt.reeves@butlersnow.com
andrew.toler@butlersnow.com