**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JEROME DUVALL, *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **Case No. 1:94-cv-02541-MLM** |
| | ) | |
| WES MOORE, *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

**THE STATE'S NOTICE OF OPPOSITION TO**
**PLAINTIFFS' MOTION TO SUSPEND BRIEFING**

Defendants Wes Moore, Governor of the State of Maryland; Carolyn J. Scruggs, Secretary of the Department of Public Safety and Correctional Services ("DPSCS"); and Kimberly D. Bey, Commissioner, Division of Pretrial Detention and Services ("DPDS," and, collectively with Governor Moore and Secretary Scruggs, the "State") hereby notify the Court of their opposition to Plaintiffs' "Motion to Suspend Briefing Schedule and for Other Relief" (Doc. 984; Doc. 984-1, the "Motion").

Under this Court's Local Rule 105.2(a), the State's response to Plaintiffs' Motion is due August 5, 2025. Plaintiffs requested expedited consideration of the Motion. The State requests that the Court allow the State to file an opposition on the record prior to ruling on the Motion. Due to a number of competing obligations, the State will respond by August 5 as required by the Local Rules.

Dated: July 22, 2025.

/s/ Andrew T. Toler
_____
Andrew T. Toler
*One of the Attorneys for the State*

William R. Lunsford*
Andrew T. Toler*

Lynette E. Potter*
**BUTLER SNOW LLP,**
200 West Side Square
Suite 100
Huntsville, Alabama 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com
andrew.toler@butlersnow.com
lynette.potter@butlersnow.com

*Admitted pro hac vice*

Merrilyn E. Ratliff
Federal Bar No. 30034
**ASSISTANT ATTORNEY GENERAL**
**DEPARTMENT OF PUBLIC SAFETY AND**
**CORRECTIONAL SERVICES**
6776 Reisterstown Road, Suite 313
Baltimore, Maryland 21215
Telephone: (410) 585-3947
Facsimile: (410) 484-5939
merrilyn.ratliff@maryland.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, by the Court's CM/ECF system and/or U.S. Mail on this 22nd day of July, 2025:

Corene T. Kendrick *(pro hac vice)*
**ACLU NATIONAL PRISON PROJECT**
425 California St., Ste. 700
San Francisco, CA 94104
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
ckendrick@aclu.org

David C. Fathi *(pro hac vice)*
Jennifer Wedekind *(pro hac vice)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street NW, 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Facsimile: (202) 393-4931
dfathi@aclu.org
jwedekind@aclu.org

Debra L. Gardner
**PUBLIC JUSTICE CENTER**
201 N Charles St Ste 1200
Baltimore, MD 21201
Telephone: (410) 625-9409
Facsimile: (410) 625-9423
gardnerd@publicjustice.org

Toyja E. Kelley
**TROUTMAN PEPPER LOCKE**
701 8th Street N.W. Ste. 500
Washington, DC 20001
Telephone: (202) 220-6939
toyja.kelley@troutman.com

Noah J. Mason *(pro hac vice)*
**TROUTMAN PEPPER LOCKE**
Terminus 200, Ste. 2000,
3333 Piedmont Rd. NE
Atlanta, GA 30305
Telephone: (404) 870-4648
noah.mason@troutman.com

*Attorneys for Plaintiffs*

*Andrew T. Toler*
Of Counsel