**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **JEROME DUVALL, *et al.*,** | * | |
| **Plaintiffs,** | * | |
| | * | **Civ. No.: MJM-94-2541** |
| **v.** | * | |
| **WES MOORE, *et al.*,** | * | |
| **Defendants.** | * | |

* * * * * * * * * *

**ORDER**

For reasons stated on the record during the motions hearing on June 15, 2026, it is by the United States District Court for the District of Maryland hereby ORDERED that:

1. Defendants' requests in their challenge to the medical monitor's report of January 2026 (ECF No. 1019) for the Court to make findings of substantial compliance with the substantive provisions of the Settlement Agreement are DENIED;

2. Defendants' request in their challenge to the medical monitor's report of January 2026 (ECF No. 1019) to direct the medical monitor, Dr. Muthusamy Anandkumar, to focus future monitoring reports on the express terms and conditions of the Settlement Agreement is GRANTED;

3. In any future monitoring reports, the medical monitor is directed to focus his findings and recommendations on the requirements set forth in the substantive provisions of the Settlement Agreement and shall not seek to impose any requirements that are in excess of, or are not founded in, those substantive provisions;

4. Plaintiffs' motion to modify the Settlement Agreement (ECF No. 1020) is GRANTED IN PART;

5. Pursuant to the Court's equitable authority, the Settlement Agreement is MODIFIED to terminate on **December 31, 2027**, unless the Commissioner of Pretrial Detention and Services reaches substantial compliance with the remaining substantive provisions of the Settlement Agreement before that date;

6. Plaintiffs' motion to seal their reply memorandum in support of their motion to modify the Settlement Agreement and the accompanying exhibits (ECF No. 1029) is GRANTED;

7. Plaintiffs' reply and its exhibits (ECF No. 1028) are SEALED until further Order of the Court;

8. Defendants shall consult the medical monitor and provide a draft proposed implementation plan to Plaintiffs' counsel no later than **August 3, 2026**;

9. The parties shall file no later than **August 17, 2026**, either a joint proposed implementation plan or separate implementation plans setting forth their respective proposals with any argument in support set forth in an attached memorandum; and

10. Any proposed implementation plan shall be designed to reach substantial compliance with all remaining substantive provisions of the Settlement Agreement within a period of **one year** and shall include clear interim actions or steps designed to achieve substantial compliance with citation to specific substantive provisions of the Settlement Agreement, each accompanied by a specific deadline.

It is so ORDERED this 17th day of June, 2026.

_____/S/_________________
Matthew J. Maddox
United States District Judge